**Gregory Paul CARR, Plaintiff–Appellant,**

v.

**Frank CARLTON, Etc., et al, Defendants,**

**Larry Miller, Sergeant, in his individual and official capacities; Shawn Rodriguez, in his individual and official capacities; Washington County Mississippi, Defendants–Appellees.**

No. 04–60968
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 5, 2005.

Gregory Paul Carr, Greenville, MS, pro se.

Andrew N. Alexander, III, Lake Tindall, Greenville, MS, for Defendants–Appellees.

Before JOLLY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Gregory Paul Carr has filed an application for leave to proceed in forma pauperis (IFP) on appeal, following the denial of relief on his 42 U.S.C. § 1983 action. We must examine the basis of our jurisdiction sua sponte if necessary. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). A timely notice of appeal is necessary for this court to exercise jurisdiction. *Robbins v. Maggio,* 750 F.2d 405, 408 (5th Cir.1985). The magistrate judge, proceeding with the consent of the parties, entered final judgment in the instant case on September 14, 2004. Carr admits that he did not mail his notice of appeal until October 19, 2004. Carr's notice of appeal was therefore not filed within the 30 days for filing an appeal in a civil case. *See* FED. R.APP. P. 4(a)(1)(A). This court is thus without jurisdiction to consider Carr's case. Accordingly, the appeal is DISMISSED for lack of jurisdiction. Carr's motion for leave to proceed IFP on appeal is DENIED.